Our File: 400.143220

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X     Index No.: 07 CIV. 9545
PETER GERRY,

                                   Plaintiff,                    **STIPULATION**
                                                                **EXTENDING TIME**
                   -against-                                    **TO ANSWER**

METRO-NORTH COMMUTER RAILROAD, and
THE WESTCHESTER ARC FOUNDATION, INC.,

                                   Defendants.
--------------------------------------------------------------------)(

         **IT IS HEREBY STIPULATED** and agreed that the time for the defendant, THE

WESTCHESTER ARC FOUNDATION. INC., to serve an answer to the complaint is

extended to and including the 28th day of November, 2007.

DATED:       New York, New York
             November 15, 2007

                                           *CAHILL, GOETSCH & MAURER, P.C.*
                                           By: Ira M. Maurer, Esq. (IM-0337)
                                           Attorneys for Plaintiff


**CALLAN, KOSTER, BRADY & BRENNAN, LLP**
BY: Warren S. Koster (WSK-6753)
Attorneys for Defendant
WESTCHESTER ARC FOUNDATION, INC.
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

                                     SO ORDERED: _____
                                     USDCJ (                              )