UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PETER GERRY,

                Plaintiff,

  -against-                                **RULE 7.1 STATEMENT**

                                          07 Civ. 9545 (KMK)WP

METRO-NORTH COMMUTER RAILROAD, and
THE WESTCHESTER ARC FOUNDATION, INC.

                Defendants.
----------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).

Accordingly, Rule 7.1 does not apply to Metro-North.


Dated: New York, New York        RICHARD K. BERNARD
       December 26, 2007          GENERAL COUNSEL

                                          BY:___S/_____
                                         José R. Rios  - JRR-5785
                                         Attorneys for Defendant
                                         347 Madison Avenue
                                         New York, New York  10017
                                         (212) 340-2537