UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PETER GERRY

                    Plaintiff,

                                                                                           07    CIVIL  9545    ( KMK )

         -against-
METRO-NORTH COMMUTER RAILROAD, AND
THE WESTCHESTER ARC FOUNDATION, INC.
                    Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Ira M. Maurer

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       IM0337

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ **CHANGE OF ADDRESS**
   *Address:* 1025 Westchester Avenue, Ste. 106, White Plains, NY 10604

☒ *Telephone Number:*   914- 948-3352

☒ *Fax Number:*   914-948-3355

☐ *E-Mail Address:* _____

Dated: 2-20-08                      /s/ Maurer