Our File No.: 400.143220

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
PETER GERRY,

                                Plaintiff(s),

    -against-

METRO-NORTH COMMUTER RAILROAD,
and THE WESTCHESTER ARC FOUNDATION, INC,

                                Defendant(s).
-------------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

CIVIL ACTION

9545/07

TO THE CLERK OF UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:

      Please enter the appearance of CALLAN, KOSTER, BRADY & BRENNAN, LLP as attorneys for the defendant, The Westchester Arc, sued incorrectly as The Westchester Arc Foundation, Inc., in the above-entitled action.

Dated:    New York, New York
            March 4, 2008

                                *CALLAN, KOSTER, BRADY & BRENNAN, LLP*

                                BY: _____
                                STEPHEN A. HOFFMAN (SH 9838)
                                    A Member of the Firm
                                Attorneys for Defendant
                                The Westchester Arc
                                One Whitehall Street, 10th Floor
                                New York, New York  10004
                                (212) 248-8800
                                Our File No.: 400.143220

TO:    Ira M. Maurer
        Attorney(s) for Plaintiff(s)
        1 Croton Point Avenue
        Croton on Hudson, NY 10520
        (914) 271-9474

TO: Metro-North Commuter Railroad
 Pro Se
 347 Madison Avenue
 New York, NY 10017

## **AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                                    : SS.:
COUNTY OF NEW YORK )

Anita Arroyo , being duly sworn, deposes and says:

I am not a party to the action, I am over 18 years of age and I reside at One Whitehall Street, New York, New York 10004.

On March 4, 2008, I served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing same in a sealed envelope with postage prepaid in an official depository of the U.S. Postal Service within the State of New York addressed to:

TO:   Ira M. Maurer
      Attorney(s) for Plaintiff(s)
      1 Croton Point Avenue
      Croton on Hudson, NY 10520
      (914) 271-9474

TO:   Metro-North Commuter Railroad
      Pro Se
      347 Madison Avenue
      New York, NY 10017

_____
Anita Arroyo

Sworn to before me this
4th day of March, 2008

_____
Notary Public