UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Peter Gerry,

     Plaintiff(s),       07 Civ. 9545 (KMK) (MDF)

-against-            ORDER OF REFERENCE
                 TO A MAGISTRATE JUDGE

Metro-North Commuter Railroad,

     Defendant(s).

_____X

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ____ Habeas Corpus |
| | | ____ Social Security |
| ✓ | Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ____ | Inquest After Default/Damages Hearing | |
| | | Particular Motion:_____ |
| | | _____ |
| | | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: March 25, 2008

                SO ORDERED

                _____
                Hon. Kenneth M. Karas
                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____