# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

April 30, 2008

## SCHEDULING ORDER
07CV9545(KMK)(LMS)

Ira Mark Maurer
Cahill , Goetsch & Maurer, P.C.
1025 Westchester Avenue,  Ste. 106
White Plains, NY 10604

Jose Rafael Rios
Richard K. Bernard, Gen. Counsel, Metro-North RR
347 Madison Avenue
New York, NY 10017

Stephen A. Hoffman
Callan, Koster, Brady & Brennan LLP
One Whitehall Street
New York, NY 10004

    The matter of    **GERRY-V-METRO NORTH**    has been   **re- scheduled** for *settlement*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge, from    5/16/08       to      ***June 2, 2008 at 2:00PM***

### NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

April 30, 2008

## SCHEDULING ORDER
07CV9545(KMK)(LMS)

Ira Mark Maurer  
Cahill , Goetsch & Maurer, P.C.  
1025 Westchester Avenue, Ste. 106  
White Plains, NY 10604

Jose Rafael Rios  
Richard K. Bernard, Gen. Counsel, Metro-North RR  
347 Madison Avenue  
New York, NY 10017

Stephen A. Hoffman  
Callan, Koster, Brady & Brennan LLP  
One Whitehall Street  
New York, NY 10004

    The matter of   **GERRY-V-METRO NORTH**   has been   **re- scheduled** for *settlement*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge, from    5/16/08      to     ***June 2, 2008 at 2:00PM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**

*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____  
Hon. Lisa Margaret Smith  
U.S.M.J.

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  April 30, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING ORDER
07CV9545(KMK)(LMS)

Ira Mark Maurer
Cahill , Goetsch & Maurer, P.C.
1025 Westchester Avenue, Ste. 106
White Plains, NY 10604

Jose Rafael Rios
Richard K. Bernard, Gen. Counsel, Metro-North RR
347 Madison Avenue
New York, NY 10017

Stephen A. Hoffman
Callan, Koster, Brady & Brennan LLP
One Whitehall Street
New York, NY 10004

    The matter of    **GERRY-V-METRO NORTH**    has been  **re- scheduled** for *settlement*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge, from    5/16/08      to      ***June 2, 2008 at 2:00PM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.