```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER GERRY,

                              Plaintiff,                07 Civ. 9545 (KMK)WP
                                                                   ECF CASE

   -against-

                                                                   STIPULATION OF
                                                                   **DISMISSAL**

METRO-NORTH COMMUTER RAILROAD, and
THE WESTCHESTER ARC FOUNDATION, INC.

                              Defendant.
------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the Attorneys for all parties herein, that all causes of action asserted by the plaintiff against defendants, METRO-NORTH COMMUTER RAILROAD and THE WESTCHESTER ARC FOUNDATION, INC., in the above entitled action be, and the same hereby are, dismissed with prejudice and without costs, and an Order to that effect may be entered without further notice.

DATED:     June 2, 2008
                WHITE PLAINS, NY

CAHILL, GOETSCH & MAURER, P.C.    METRO-NORTH COMMUTER RAILROAD
Attorneys for Plaintiff                       Attorney for Defendant

By: _____ IM-0337     By: _____ JRR5785
    Ira M. Maurer, Esq.                    Jose R. Rios, Esq.

CALLAN, KOSTER, BRADY & BRENNAN, LLP

By: _____ SAH-9838
    Steven Hoffman, Esq.

SO ORDERED

_____
USDJ

9/3/08